FILED
2015 Jun-16  AM 10:40
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| **DCR REAL ESTATE VI SUB II, LLC,** | ) ) ) |
| **Plaintiff,** | ) ) |
| **v.** | ) **Case No.: 4:14-CV-2226-VEH** ) |
| **HUDAK AND DAWSON DEVELOPMENT COMPANY, LLC, ET AL,** | ) ) ) ) |
| **Defendants.** | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 12, 2015,

recommending that

> [DCR Real Estate VI Sub II, LLC's ("DCR's")] motion for
> summary judgment, (doc. 29), be **GRANTED**, its motion for
> default judgment, (doc. 31), be **GRANTED**, and judgment be
> entered in favor of DCR as against Defendants in the amount of
> **$339,820.36**, representing $288,805.55 in amounts due under the
> Loan and $51,014.81 in attorneys' fees and expenses, plus
> additional pre-judgment interest and post-judgment interest.

(Doc. 32 at 7) (bold in original).  The time for filing objections to the

recommendation has expired, and no objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the

court file, including the report and recommendation, the Court is of the opinion

that the magistrate judge's report is due to be and is hereby **ADOPTED** and his

recommendation is **ACCEPTED**.  The Court **EXPRESSLY FINDS** that there

are no genuine issues of material fact and that DCR is entitled to both judgment

as a matter of law, and to judgment by default.  Accordingly, DCR's motion for

summary judgment is due to be **GRANTED** and DCR's motion for default

judgment is due to be **GRANTED**.  Judgment is due to be entered on both

pursuant to the terms stated by the magistrate.  A Final Judgment will be entered

consistent with those terms.

      **DONE** this the 16th day of June, 2015.

 

**VIRGINIA EMERSON HOPKINS**
United States District Judge